# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **Case No. 5:18-cr-51 (MTT)** |
| **CHARLES ANTHONY WILLIAMS,** : | |
| : | |
| _____ : | |

## ORDER

The United States has requested that the Court issue an Order commanding the Defendant, who is on a period of supervised release, to travel to Cabell County, West Virginia, in order to face pending criminal charges in that jurisdiction. It appearing to the Court that there is good cause to issue this order,

**IT IS THEREFORE ORDERED** that within 60 days from the date of this order, the Defendant shall travel to the State of West Virginia and either turn himself in to the Sheriff of Cabell County or otherwise appear before the Circuit Court of Cabell County, West Virginia in order to resolve any pending criminal charges in that jurisdiction, and the Defendant may travel out of the Middle District of Georgia in order to do so.

**SO ORDERED**, this 28th day of July, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge